DOWNEY BRAND LLP
ARTHUR G. WOODWARD (Bar No. 142914)
JASON E. RIOS (Bar No. 190086)
MICHAEL J. KUZMICH (Bar No. 210088)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
SKY KING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY KING, INC., | Case No.  2:05-CV-02241-GEB-GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESS AND REBUTTAL EXPERT DISCLOSURES** |
| v. | |
| UNITED AIR LINES, INC., | |
| Defendant. | |

Plaintiff Sky King, Inc. ("Sky King") and Defendant United Airlines, Inc. ("United") (collectively, the "Parties") submit the following Stipulation and [Proposed] Order to continue, by approximately forty-five (45) days, the presently scheduled deadlines for expert witness and rebuttal expert witness disclosures.

The Parties do not seek or stipulate to continue, modify, or amend any other presently scheduled law-and-motion or discovery deadlines.

**RECITALS**

1.  Pursuant to this Court's <u>Status (Pretrial Scheduling) Order</u>, rule 26(a)(2) initial expert disclosures and reports are due on or before March 22, 2007, and rebuttal expert disclosures are due on or before April 23, 2007.

2.  The Parties have engaged in fact discovery and are working to complete the same. Most recently, on March 5, 2007, United continued and completed its previously begun

deposition of Gregg Lukenbill, President of Sky King, as both a fact and Person Most Knowledgeable witness.  On March 6, 2007, and March 7, 2007, United began the depositions of Sky King's two remaining Persons Most Knowledgeable.  These depositions are ongoing, and should be completed within the continuance sought herein.

      3.      The Parties agree that completion of these PMK depositions, and further fact discovery, will facilitate more meaningful and complete expert witness disclosures, and will further facilitate a more efficient resolution of this case by allowing additional time to narrow and define the issues in dispute as much as possible.

      4.      Consequently, good cause exists to continue the due dates for expert witness and rebuttal disclosures from the previous dates of March 22, 2007, and April 23, 2007, by approximately forty-five (45) days, to May 7, 2007, and June 7, 2007, respectively.

      5.      Good cause further exists for these continuances because the Parties contemplate they will still have sufficient time to complete discovery by the current deadline of August 22, 2007, and the other deadlines set forth in this Court's Status (Pretrial Scheduling) Order are unaffected by these continuances.

## STIPULATION AND ORDER

Consequently, THE PARTIES AGREE AND STIPULATE:

1. To continue the deadline for initial expert disclosures and reports to May 7, 2007;

2. To continue the deadline for rebuttal expert disclosures to June 7, 2007;

3. That the other deadlines set forth in this Court's Status (Pretrial Scheduling) Order are unaffected by these continuances; and

4. That good cause exists for these continuances.

DATED:  March 12, 2007                DOWNEY BRAND LLP

By:        /s/ MICHAEL J. KUZMICH
MICHAEL J. KUZMICH
Attorneys for Plaintiff
SKY KING, INC.

1  DATED:  March 12, 2007                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                                            By:        /s/ ROBERT S. SPAN
                                                     ROBERT S. SPAN
4                                                   Attorneys for Defendant
                                                    UNITED AIR LINES, INC.
5

6  **IT IS SO ORDERED:**

7  DATE: March 12, 2007

8

9                                            _____
                                             GARLAND E. BURRELL, JR.
10                                           United States District Judge

836193.1                                     3