IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SKY KING, INC., | ) | |
| | ) | 2:05-cv-2241-GEB-GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT |
| | ) | AND DISPOSITION |
| UNITED AIR LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On April 24, 2007, the parties submitted a Notice of Settlement in which they state that they "have reached a conditional settlement resolving all claims in the action" and that "performance is anticipated to occur on or before May 1, 2007." Accordingly, the parties have until May 21, 2007 to file a dispositional document or a joint status report. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1  Further, the Rule 26(a)(2) initial expert witness
2  disclosure deadline is continued to June 7, 2007 and the rebuttal
3  expert disclosure deadline is continued to July 6, 2007.[1]
4  IT IS SO ORDERED.
5  Dated: April 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Although the parties request that all of the dates in the Pretrial Scheduling Order be vacated, the remaining dates in that Order will not be vacated because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2